

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Erica Mikulsky, individually and on behalf of all others similarly situated<br><br>**Plaintiff,**<br>V.<br><br>Noom, Inc.<br><br>**Defendant.** | Civil Action No.   23-cv-0285-H-MSB<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court dismisses Plaintiff's complaint with prejudice and without leave to amend for lack of subject matter jurisdiction.

Date:   1/23/24

CLERK OF COURT
**JOHN MORRILL, Clerk of Court**
By:  s/ M. Williams
M. Williams, Deputy